UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LEVERT STEWART,
    Plaintiff,

vs.                                    Case No.: 3:21-cv-719/MCR/ZCB

OFFICER COATES, et al.,
    Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on July 3, 2023. (Doc. 153). The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There were not timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (Doc. 153) is adopted and incorporated by reference in this order.

2. Defendants' motions to dismiss (Docs. 72, 89, 125, 141) are **GRANTED**, and Plaintiff's action is **DISMISSED without prejudice** for failure to exhaust administrative remedies under the Prison Litigation Reform Act.

1

3. The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 21st day of August 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**